| ✏ PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 2:22-01028M-001 |
|---|---|---|
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* 23-cr-00114-CNS |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Kurron Chaz-Kable Kenny | New Mexico | |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Stephan M. Vidmar, United States Magistrate Judge |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 09/20/2022 | TO 09/19/2023 |
|---|---|---|

OFFENSE

Aiding and Abetting Eluding Examination and Inspection, in violation of 8:1325(a)(2) & 18:2

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ___ New Mexico ___

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Colorado upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

March 28, 2023
*Date*                                                                                    *United States Magistrate Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ___ Colorado ___

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/05/2023
*Effective Date*                                                                         *United States District Judge*