CO-PROB12C
(Revised 5/14-D/CO)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

U.S.A. vs. Kurron Chaz-Kable Kenny                                          DKT. NO. 1:23CR00114-1

### PETITION FOR WARRANT ON PERSON UNDER SUPERVISION

COMES NOW, Tommie Anderson, United States Probation Officer, presenting an official report upon the conduct and attitude of defendant Kurron Chaz-Kable Kenny, who was placed on supervision by the Honorable Stephan M. Vidmar, sitting in the United States District Court in Albuquerque, New Mexico, on September 20, 2022. The defendant was sentenced to 13 days or time served, whichever is less, and one year probation for the offense of Aiding and Abetting Eluding Examination and Inspection, in violation of 8 §§ 1325(a)(2) & 2. Supervision commenced on September 20, 2022, and is set to expire on September 19, 2023.  On April 5, 2023, jurisdiction was transferred from the District of New Mexico to the District of Colorado and assigned to Your Honor. As noted in the judgment [Document 1-1], the Court ordered mandatory, special, and standard conditions of supervision. The probation officer alleges the defendant has violated the following terms and conditions of probation as set forth herein.

**Respectfully presenting petition for action of the Court due to cause as follows:**

**Violation(s) Alleged:**

**1.  VIOLATION OF LAW**

On or about April 6, 2023, the defendant was arrested and charged with Weapon-Possession Previous Juvenile Offender-Any Prior Felony (felony), Obstructing a Peace Officer (misdemeanor), and Drug Paraphernalia-Possession, in El Paso County District Court, Case Number 2023CR1555.  This constitutes a grade B violation of probation.

The defendant is currently in El Paso County jail and his bond is set at $1,000.

**2.  VIOLATION OF LAW**

On or about March 15, 2023, the defendant was charged with Controlled Substance Possession (felony), Drug Paraphernalia-Possession, and Careless Driving, in El Paso County District Court, Case Number 2023CR1262. The defendant was arrested for these charges on April 6,2023.  This constitutes a grade B violation of probation.

The defendant is currently in El Paso County jail and his bond is set at $1,000.

Case No. 1:23-cr-00114-CNS   Document 3   filed 04/13/23   USDC Colorado   pg 2 of 4

| Kurron Chaz-Kable Kenny | Petition for Warrant on Person Under Supervision | April 13, 2023 |
|---|---|---|
| 1:23CR00114-1 | Page 2 | |

### 3. POSSESSION AND USE OF A CONTROLLED SUBSTANCE

On or about October 5, 2022, the defendant used or administered a controlled substance, cocaine, which had not been prescribed for him by a physician.  This constitutes a Grade C violation of probation.

On October 5, during an office appointment, the defendant submitted a urine sample that tested positive for cocaine and cannabinoids.  The defendant admitted to using these drugs and signed an admission form.  He asserted he did not have a substance abuse problem and does not do drugs often.  He was given a verbal warning and we discussed the negative effects of illegal drugs and how it is a violation of his supervision.

### 4. POSSESSION AND USE OF A CONTROLLED SUBSTANCE

On or about January 24, 2023, the defendant used or administered a controlled substance, amphetamine, which had not been prescribed for him by a physician.  This constitutes a Grade C violation of probation.

On January 24, 2023, a home contact was conducted at the defendant's residence and a drug test was collected.  The test results were positive for cannabinoids and amphetamine.  The defendant admitted to using these drugs prior to the drug test.  He stated he used these drugs by himself.  Subsequently, a substance abuse treatment assessment at Centennial Mental Health was scheduled for the defendant on February 2, 2023.

### 5. FAILURE TO REPORT ARREST/QUESTIONING BY LAW ENFORCEMENT OFFICER

On or about February 28, 2023, the defendant was contacted by Officer Hickcox with the Aurora Police Department, and failed to report the contact to the probation officer within 72 hours, which constitutes a Grade C violation of probation.

On February 28, 2023, Office Hickcox reported that the defendant was shoplifting at a Walmart in Aurora, Colorado.  She stated he did not get charged, but he was switching out tags on clothes.  The defendant never reported this police contact.

### 6. FAILURE TO PARTICIPATE IN (SUBSTANCE ABUSE OR MENTAL HEALTH) TREATMENT AS DIRECTED BY THE PROBATION OFFICER

The defendant failed to keep counseling appointments at Centennial Mental Health, the testing and treatment program in which the probation officer directed him to participate on March 2, 2023.  This constitutes a Grade C violation of probation.

On February 2, 2023, the defendant attended his intake appointment via telephone at Centennial Mental Health.  His first treatment session was scheduled for March 2, 2023.

Case No. 1:23-cr-00114-CNS   Document 3   filed 04/13/23   USDC Colorado   pg 3 of 4

| Kurron Chaz-Kable Kenny | Petition for Warrant on Person Under Supervision | April 13, 2023 |
|---|---|---|
| 1:23CR00114-1 | Page 3 | |

The defendant failed to attend this appointment and absconded from treatment services and probation.

### 7. FAILURE TO PARTICIPATE IN SUBSTANCE ABUSE TESTING AS DIRECTED BY THE PROBATION OFFICER

The defendant failed to provide urine samples at Recovery Unlimited, the testing and treatment program in which the probation officer directed him to participate, on November 14 and November 16, 2022.  This constitutes a Grade C violation of probation.

On or about November 11, 2022, the defendant was directed to participate in random drug testing at our contracted treatment agency, Recovery Unlimited.  He failed to submit to drug testing on the dates listed above.  The defendant was often reminded of the importance of submitting to his random drug tests.

### STATEMENT IN SUPPORT OF ACTION/JUSTIFICATION

Based on the nature of the defendant's current conviction and the alleged violations, the probation officer requests a warrant for the defendant's arrest due to the potential danger presented by the defendant.

### RESPECTFULLY REQUESTING THAT THE COURT WILL ORDER:

The issuance of a warrant due to violations of probation and, subsequent to the arrest of the defendant, that the Court consider revocation of supervision.

I DECLARE under penalty of perjury that the foregoing is true and correct.

*/s/ Tommie D. Anderson*
  Tommie D. Anderson
  United States Probation Officer
  Place:   Colorado Springs
  Date:    April 13, 2023


*/s/ Travis L. Cormaney*
  Travis L. Cormaney
  Supervisory United States Probation Officer
  Place:   Colorado Springs
  Date:    April 13, 2023

**PRELIMINARY ADVISORY REVOCATION GUIDELINE CALCULATION:**

The defendant was originally convicted of a Class B misdemeanor, thus the maximum sentence allowed upon revocation is 1 year imprisonment, pursuant to 18 U.S.C. § 3583(e).

**STATEMENT IN SUPPORT OF DETENTION AT INITIAL APPEARANCE:**

Based on the defendant's performance while on supervision, the probation officer recommends the defendant be detained pending revocation proceedings.  Pursuant to 18 U.S.C. § 3143(a), the defendant is viewed as presenting a risk of flight and danger to the community.  He has obtained new felony drug and gun charges.  In addition, he presents a risk of non-appearance based upon his willful choice to abscond from supervision.  Pursuant to F.R.Crim.P.Rule 32.1(a)(6), the burden of establishing by clear and convincing evidence that the person will not flee or pose a danger to any other person or to the community rests with the defendant.