**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 23-cr-00114-CNS-01

UNITED STATES OF AMERICA,

   Plaintiff,

v.

Kurron Chaz-Kable KENNY,

   Defendant.

---

**ORDER REGARDING VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE**

---

THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violations of the conditions of supervision.

HAVING considered the probation officer's petition, the Court

\_\_\_\_    ORDERS the issuance of an arrest warrant.

\_\_\_\_    ORDERS the issuance of a summons.

\_\_\_\_    DENIES the request.

DATED at Denver, Colorado, this \_\_\_\_ day of April 2023.

BY THE COURT:

_____
Judge Charlotte N. Sweeney
United States District Judge