AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
| v. | ) |
|  | ) Case No. 1:23-cr-00114-CNS-01 |
|  | ) |
|  | ) |
| Kurron Chaz-Kable Kenny | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Kurron Chaz-Kable Kenny ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☑ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Violation of Law
Possession and Use of a Controlled Substance
Failure to Report Arrest/Questioning by Law Enforcement Officer
Failure to Participate in (Substance Abuse or Mental Health) Treatment as Directed by the Probation Officer
Failure to Participate in Substance Abuse Testing as Directed By the Probation Officer

Date: _____

*Issuing officer's signature*

City and state: _____

*Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*