IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 23-cr-00114-CNS-01

UNITED STATES OF AMERICA,

   Plaintiff,

v.

Kurron Chaz-Kable KENNY,

   Defendant.

---

### ORDER REGARDING VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE

---

THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violations of the conditions of supervision.

HAVING considered the probation officer's petition, the Court

  **X**  ORDERS the issuance of an arrest warrant.

  ____  ORDERS the issuance of a summons.

  ____  DENIES the request.

DATED at Denver, Colorado, this 13th day of April 2023.

BY THE COURT:

_____
Judge Charlotte N. Sweeney
United States District Judge