# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 23-cr-00114-CNS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Kurron Chaz-Kable Kenny,

    Defendant.

---

## ENTRY OF APPEARANCE AS COUNSEL
## FOR THE GOVERNMENT

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

Dated this 18th day of May, 2023.

                        Respectfully submitted,

                        COLE FINEGAN
                        United States Attorney

By: *s/ Albert Buchman*
       Assistant United States Attorney
       United States Attorney's Office
       1801 California Street, Suite 1600
       Denver, Colorado  80202
       Telephone:   (303) 454-0100
       E-mail:  al.buchman@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on this 18th day of May, 2023, I electronically filed the foregoing **ENTRY OF APPEARANCE AS COUNSEL FOR THE GOVERNMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                 *s/ Lauren Timm*
                 Lauren Timm
                 *United States Attorney's Office*
                 Legal Assistant