IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:23-CR-00114-1

**UNITED STATES OF AMERICA**

    Plaintiff,

v.

**KURRON CHAZ-KABLE KENNY**

    Defendant.

---

## ENTRY OF APPEARANCE

---

Tyrone Glover of TYRONE GLOVER LAW, LLP, an attorney in good standing and duly licensed to practice before this Honorable Court, hereby enters his appearance as counsel of record for the Defendant, .

Respectfully submitted this May 30, 2023.

                                                        TYRONE GLOVER LAW, LLC

                                                        *s/ Tyrone Glover*
                                                        Tyrone Glover #41529
                                                        TYRONE GLOVER LAW, LLC
                                                        2590 Walnut Street
                                                        Denver, CO 80205
                                                        tyrone@tyroneglover.com
                                                        Phone: 303-577-1655

CERTIFICATE OF SERVICE

      I hereby certify that on May 30, 2023, a true and correct copy of the foregoing Entry of Appearance was served via Colorado Courts E-Filing to the parties of record.

      TYRONE GLOVER LAW, LLC

      *s/ Tyrone Glover*
      _____
      Tyrone Glover