AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the

United States of America )
v. )
Kuron Chaz-Kable-Kenny )   Case No. 23-cr-00114-CNS
_____ )
Defendant )

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 5-30-2023

_____
Defendant's signature

_____
Signature of defendant's attorney

A. Tyrone Glover #41529
Printed name and bar number of defendant's attorney

2590 Walnut St. Denver 80205
Address of defendant's attorney

Tyrone@tyroneglover.com
E-mail address of defendant's attorney

(303) 577-1655
Telephone number of defendant's attorney

N/A
FAX number of defendant's attorney