IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | | |
|---|---|---|
| Civil Action: | 23-cr-00114-CNS | Date:  June 28, 2023 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |
| Interpreter: | N/A | Probation: Tommie Anderson - VTC |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Albert Buchman* |
| v. | |
| 1. KURRON CHAZ-KABLE KENNEY<br>**Defendant** | *A. Tyrone Glover* |

### COURTROOM MINUTES

**HEARING ON PROBATION VIOLATION**

Court in session:  9:03 a.m.

Appearances of counsel. Probation is present by video teleconference.

Defendant is present in custody.

The Court outlines the history of the case.

The defendant admits to violation number 3 alleged in the Petition on Supervised Release [ECF No. 3], the government withdraws remaining violations.

Argument given on sentencing.

The Court states its findings and conclusions.

**ORDERED:   The defendant is resentenced to the Bureau of Prisons for a term of 2 months, no term of supervised release.**

It is RECOMMENDED that the defendant receive 42 days credit for time served.

The defendant is advised of his right to appeal.

**ORDERED:   The defendant is REMANDED to the custody of the United States Marshal.**

Court in Recess:  9:20 a.m.               Hearing concluded.               Total time in Court:  00:17