AO 245C (Rev. CO 11/20)      Amended Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT

District of Colorado

| | |
|---|---|
| UNITED STATES OF AMERICA | **Amended Judgment in a Criminal Case** (For **Revocation** of Probation) |
| v. | |
| KURRON CHAZ-KABLE KENNY | Case Number:   1:23-cr-00114-CNS-01 |
| | USM Number:   06724-510 |
| **Date of Original Judgment**: June 28, 2023 | |
| *(Or Date of Last Amended Judgment)* | A. Tyrone Glover |
| | Defendant's Attorney |

## THE DEFENDANT:

☒ admitted guilt to violation(s)   3 of the Petition for Warrant on Person Under Supervision

☐ was found guilty of violation(s) _____
  after denial of guilt.

The defendant is adjudicated guilty of the following violation(s):

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 3 | Possession and Use of a Controlled Substance | 10/05/2022 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The government withdraws Violations 1-2 and 4-7.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec.:   0442 | June 28, 2023 |
| | Date of Imposition of Judgment |
| Defendant's Year of Birth:   2003 | *[signature]* |
| | Signature of Judge |
| City and State of Defendant's Residence: Limon, CO | Charlotte N. Sweeney, United States District Judge |
| | Name and Title of Judge |
| | June 30, 2023 |
| | Date |

AO 245C (Rev. CO 11/20)  Amended Judgment in Criminal Case

Judgment — Page 2 of 2

DEFENDANT: KURRON CHAZ-KABLE KENNY
CASE NUMBER: 1:23-cr-00114-CNS-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **Two (2) months. No term of supervision to follow imprisonment.**

☒ The court makes the following recommendations to the Bureau of Prisons:
The Court recommends the Bureau of Prisons credit the defendant with 42 days spent in official detention.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____   ☐ a.m.  ☐ p.m.  on _____

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL